**No. 60599.**—Keuffel & Esser Co. *v.* United States, protests 264180–K, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the boxes the subject of Abstract 59557, the claim of the plaintiff was sustained.